UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| TRAVEL MACHINE LOUISIANA, LLC | CIVIL ACTION NO. 21-0635 |
| VERSUS | JUDGE JUNEAU |
| STATE FARM FIRE & CASUALTY CO. | MAGISTRATE JUDGE WHITEHURST |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, and considering the lack of written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

IT IS ORDERED that the Motion to Dismiss filed pursuant to F.R.C.P. 12(b)(6) [Doc. 14], filed by the defendant, State Farm Fire & Casualty Co., is GRANTED.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 29th day of October, 2021.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE